IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRYON JEQUAN RICHARDS, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00095-MTT-AGH |
| | * |
| STATE OF GEORGIA , | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 22, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of July, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk